```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  JEFFREY A. SPIVAK
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000

 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS SATTER, <br><br> Defendant. | Case No. 5:21-po-00404-JLT <br><br> MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: July 7, 2021          Respectfully submitted,

                                                           PHILLIP A. TALBERT
                                                           Acting United States Attorney

                                      By:    /s/ Jeffrey A. Spivak
                                                      JEFFREY A. SPIVAK
                                                      Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**July 7, 2021**__              __**/s/ Jennifer L. Thurston**__
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE